IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLENMARK PHARMACEUTICALS LTD. and GLENMARK PHARMACEUTICALS INC., USA<br><br>        *Plaintiffs*,<br>v.<br><br>GLAXOSMITHKLINE, PLC, GLAXOSMITHKLINE, LLC, GLAXOSMITHKLINE INTELLECTUAL PROPERTY (NO. 2) LTD., SMITHKLINE BEECHAM (CORK) LTD., BEECHAM GROUP P.L.C., and STIEFEL LABORATORIES, INC.<br><br>        *Defendants*.<br><br>BEECHAM GROUP P.L.C., GLAXOSMITHKLINE LLC, GLAXOSMITHKLINE INTELLECTUAL PROPERTY (NO. 2) LTD., SMITHKLINE BEECHAM (CORK) LTD., and STIEFEL LABORATORIES, INC.,<br><br>        *Counterclaim Plaintiffs*,<br><br>v.<br><br>GLENMARK PHARMACEUTICALS LTD. and GLENMARK PHARMACEUTICALS INC., USA<br><br>        *Counterclaim Defendants* | C.A. No. 13-135 (GMS) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), and an Agreement

by and among, on the one hand, Glenmark Pharmaceuticals Ltd. and Glenmark Pharmaceuticals

Inc., USA (collectively, "Glenmark"), and on the other hand, Beecham Group plc,

GlaxoSmithKline plc, GlaxoSmithKline LLC, GlaxoSmithKline Intellectual Property (No. 2) Ltd., SmithKline Beecham (Cork) Ltd., and Stiefel Laboratories, Inc. (collectively "GSK") (Glenmark and GSK each a "Party," and collectively the "Parties"), dated September 15, 2015 (the "Agreement"), the Parties, by their respective counsel, hereby stipulate and agree that all claims, counterclaims and affirmative defenses asserted by the Parties against one another in the above-captioned action are hereby dismissed with prejudice, and without costs, disbursements, or attorneys' fees to any party.  It is further stipulated that the U.S. District Court for the District of Delaware retains jurisdiction to enforce and resolve any disputes arising under the Agreement.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT, & TUNNEL LLP |
|---|---|
| */s/ Adam W. Poff* | */s/ Maryellen Noreika* |
| Adam W. Poff (#3990) | Jack B. Blumenfeld (#1014) |
| James L. Higgins (#5021) | Maryellen Noreika (#3208) |
| Rodney Square | Jeremy A. Tigan (#5239) |
| 1000 N. King Street | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 571-6600 | Wilmington, DE  19899 |
| apoff@ycst.com | (302) 658-9200 |
| jhiggins@ycst.com | Jblumenfeld@mnat.com |
| | mnoreika@mnat.com |
| *Attorneys for Plaintiffs Glenmark* | jtigan@mnat.com |
| *Pharmaceuticals Ltd. and Glenmark* | |
| *Pharmaceuticals Inc., USA* | *Attorneys for Defendants and Counterclaim* |
| | *Plaintiffs* |
| September 18, 2015 | |

SO ORDERED this _____ day of September 2015

_____
UNITED STATES DISTRICT JUDGE